

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, May 13, 2015

No. 04-14-00885-CR

Victor Perez **PRADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5355
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to June 10, 2015. **No further extensions will be granted.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court